# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL JOHN STONE,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 2:14-cv-01172-GMN-CWH<br><br>**Order** |

This case involves judicial review of administrative action by the Commissioner of Social Security, denying Plaintiff's claim for Social Security benefits. On September 24, 2014, the Court entered a scheduling order setting forth the briefing schedule in this matter, noting that these cases rarely, if ever, require proceedings in the nature of a trial. Instead, these cases are usually resolved by cross-motions to reverse or remand and to affirm the Commissioner's decision. Plaintiff was instructed to file his motion for remand or reversal within thirty days entry of the scheduling order, or by Friday, October 24, 2014. To date, Plaintiff has not complied with the Court's instruction. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall have until **Wednesday, November 26, 2014** to file his motion for remand based on new evidence or motion for remand/reversal. FAILURE TO DO SO WILL RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.

DATED: November 18, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**