## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JOHN STONE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cv-01172-GMN-CWH |
| vs. ) | |
| ) | **ORDER** |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Carl W. Hoffman, (ECF No. 16), which states that this case should be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

1  Accordingly,

2  **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 16), is
3  **ADOPTED** in full.

4  **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

5  The Clerk is instructed to enter judgment accordingly and close the case.

7  **DATED** this 5th day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court